```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14542
   DONALD T WALDIE
   BARBARA J WALDIE                         CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4475      SSN XXX-XX-4759


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/07/06 and confirmed on 01/17/07.

   2.  The case was dismissed after confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   1451.64 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE    CURRENT MORTG        .00           .00            .00
CITIFINANCIAL MORTGAGE    MORTGAGE ARRE        .00           .00            .00
AMERICAN GENERAL FINANCE  SECURED              .00           .00            .00
KENDALL COUNTY COLLECTOR  SECURED          4713.89           .00         872.65
VILLAGE OF MONTGOMERY     SECURED          1654.81           .00         355.82
ECAST SETTLEMENT CORPORA  UNSECURED        7410.52           .00            .00
JP MORGAN CHASE BANK      UNSECURED       10616.48           .00            .00
CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED          .00            .00
B LINE LLC                UNSECURED         633.65           .00            .00
EDWARD HOSPITAL           UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        1321.42           .00            .00
ECAST SETTLEMENT CORP     UNSECURED         382.30           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        3260.72           .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED         967.57           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        1367.93           .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED        4360.97           .00            .00
         Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY    UNSECURED    OTHER       TOTAL

TOTAL CLMS ALLOWED   6368.70        .00      30321.56      .00     36690.26
PRINCIPAL PAID       1228.47        .00          .00       .00      1228.47
INTEREST PAID            .00        .00          .00       .00          .00
TOTAL PAID           1228.47        .00          .00       .00      1228.47
The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3000.00
and was paid $    500.00   direct and $    158.80   through the plan.

The Trustee received $     64.37 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/10/08                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE

                                  PAGE   2
            CASE NO. 06 B 14542 DONALD T WALDIE & BARBARA J WALDIE